

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Jennifer Ann Larkins-Ruby v. Sealy Independent School District

Appellate case number:   01-17-00716-CV

Trial court case number:  2017V-0103

Trial court:                     155th District Court of Austin County

      After this appeal was dismissed for lack of jurisdiction, appellant filed a document entitled "Notice of Objection." We construe appellant's filing as a motion for rehearing. It is ordered that the motion for rehearing is DENIED.

Judge's signature: /s/ Harvey Brown_____
                      Acting for the Court

Panel consists of Chief Justice Radack and Justices Massengale and Brown

Date: June 12, 2018_____